UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2018 JUN 21 A 8: 41

US DISTRICT COURT
BRIDGEPORT CT

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A WARRANT AUTHORIZING THE USE AND INSTALLATION OF GPS TRACKING DEVICE IN OR ON A BLUE 2010 LEXUS E350, WITH CONNECTICUT LICENSE PLATE NUMBER 802-YFP | UNDER SEAL<br><br>Misc. No. 3:18mj 970 (WIG)<br><br>**ORDER FOR GPS TRACKING DEVICES** |

WHEREAS this Court has issued three consecutive warrants authorizing the United States to install, maintain, and use a Global Positioning System ("GPS") devices on a blue 2010 Lexus E350, with Connecticut license plate no. 802-YFP and vehicle identification number JTHBK1EG2A2399691 ("Subject Vehicle 1") on February 24, 2011; March 9, 2011; and April 20, 2011 (the "three GPS warrants");

WHEREAS on the evening of March 9, 2011, a GPS device was placed by the Federal Bureau of Investigation ("FBI") on Subject Vehicle 1; on the evening of April 14, 2011, a GPS device with a fresh battery was placed on Subject Vehicle 1; and on the evening of April 28, 2011, at approximately 10:45 p.m., the GPS devices were removed by the FBI from Subject Vehicle 1;

WHEREAS an application and Affidavit have been presented to the Court, pursuant to 18 U.S.C. § 3013a, requesting a ninety-day extended period of delayed notification of the execution of the three GPS warrants, and further requesting that the application, the accompanying Affidavit, the proposed Order, and any resulting Order be sealed, until further Order of the Court; and

WHEREAS the Court finds reasonable cause to believe that disclosure of the three GPS warrants to the operator of Subject Vehicle 1 at this time may have an adverse result as defined in 18 U.S.C. § 2705(a)(2), including (a)(2)(C) (destruction of or tampering with evidence), and

(a)(2)(E) (otherwise seriously jeopardizing an investigation); and

WHEREAS the Court finds that the other requisites of 18 U.S.C. § 3103a(b) are satisfied in this matter.

IT IS HEREBY ORDERED, pursuant to 18 U.S.C. § 3103a(b), that notice of the execution of the three GPS warrants, which were issued on February 24, 2011; March 9, 2011; and April 20, 2011, with respect to Subject Vehicle 1, shall be delayed by an extended period of 90 days beyond the previously-authorized 30-day period that ended on May 28, 2011, that is, through and including September 26, 2011; and

IT IS FURTHER ORDERED that the application, Affidavit, and proposed Order for the notice delay requested by the government, as well as this Order, shall be sealed until further Order of this Court.

Dated this 7th day of June, 2011, at Bridgeport, Connecticut.

/s/ William I. Garfinkel, USMJ
_____
HON. WILLIAM I. GARFINKEL
UNITED STATES MAGISTRATE JUDGE